UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Dale Dillingham,<br>　　　　Plaintiff,<br>　　vs.<br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 2:21-cv-363-MCE-JDP (SS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 15 |

　　For good cause shown, plaintiff's motion for an extension of time to file his motion for summary judgment is granted. ECF No. 15. Plaintiff may have until February 2, 2022 to move for summary judgment. No further extensions will be granted for plaintiff absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:　　November 30, 2021　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1